BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

ANDREW G.I. KILBERG (*pro hac vice* application forthcoming)
  akilberg@gibsondunn.com
VICTORIA C. GRANDA (*pro hac vice* application forthcoming)
  vgranda@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:   202.955.8500
Facsimile:    202.467.0539
*Attorneys for Amazon.com Services LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN BARRERA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company, and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-09956<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF FILING OF NOTICE OF REMOVAL OF CLASS ACTION WITH THE SUPERIOR COURT** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF TERRANCE CLAYBORN AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Amazon.com Services LLC filed notice, on December 28, 2021, in the Superior Court of the State of California in and for the County of Orange, that Defendant removed this action from the Superior Court to the United States District Court for the Central District of California. A true and correct copy of said notice is attached hereto as **Exhibit A**.

Dated: December 28, 2021

        BRADLEY J. HAMBURGER
        GIBSON, DUNN & CRUTCHER LLP


By: */s/ Bradley J. Hamburger*
        Bradley J. Hamburger

*Attorney for Defendant*
*Amazon.com Services LLC*