# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN BARRERA<br><br>                                        PLAINTIFF(S),<br><br>v.<br><br>AMAZON.COM SERVICES LLC, et al.<br><br>                                        DEFENDANT(S). | CASE NUMBER:<br><br>2:21−cv−09956<br><br><br><br>**NOTICE OF INTRA-DISTRICT<br>TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

   Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 21-01 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Southern_  Division.

   This case has been reassigned to case number  _8:21−cv−02122−JVS−KESx_  and has been assigned to  _Judge James V. Selna_  for all further proceedings.

   Any matters that are or may be referred to a Magistrate Judge are hereby assigned to _Magistrate Judge Karen E. Scott_  for:

   X  any discovery and/or post-judgment matters that may be referred.

       for all proceedings in accordance with General Order 05-07.

   All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _8:21−cv−02122−JVS−KESx_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

   **Please be advised that no further filings may be made under case number  _2:21−cv−09956_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                                                    Clerk, U.S. District Court

                                                                    By:  _/s/ Carmen Lujan_
                                                                     _Carmen_Lujan@cacd.uscourts.gov_
                                                                        Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*